TEXAS COURTS OF CRIMINAL APPEALS

NO. 14-14-00084-CR

Ricky Molina = T.D.C.J 1910253

cause no. 1307050 Aggravated Robbery) with a deadly weapon.

I was convicted in trial court to sixteen years in the Institutional Division of the Texas Department of Criminal Justice. I filed a timely notice of appeal. It was affirmed, April 2, 2015. Today is April 15, 2015 therefore leaving on fifteen more days to file a P.D.R. Due to the recieving late I don't feel its enough time to file one. I still got to put in to the law library, (two days for a respond) Then the weekend. The deadline is May 1, 2015. "So im filing this request for an extension of time with the Court of Criminal Appeals." In case I don't make it in time to file a P.D.R. but with in time by the extension. Im working on a Petition for Discretionary Review to file and would like an time extension to submitt.

FILED IN
COURT OF CRIMINAL APPEALS
APR 20 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 17 2015
Abel Acosta, Clerk

Respectfully;

Ricky Molina